COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, L.P. and SOUTHWESTERN BELL COMPANY, | § § § | No. 08-10-00049-CV |
| Appellants, | § | Appeal from the |
| v. | § | 205th Judicial District Court |
| | § | of El Paso County, Texas |
| RACHEL ALEXANDER, | § | (TC# 2008-901) |
| Appellee. | § | |

**<u>MEMORANDUM  OPINION</u>**

Pending before the Court is a joint motion to vacate the trial court's judgment in this case and dismiss the appeal as the parties have resolved their disputes.  The motion states that the parties have reached an agreement settling all issues and claims between them.  They request an order:  (1) vacating the judgment entered in the court below; (2) releasing the surety from any further obligation regarding the supersedeas bond; and (3) dismissing the appeal.

Texas Rule of Appellate Procedure 42.1(a) permits the appellate court to dispose of an appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk.  *See* TEX.R.APP.P. 42.1(a).  Having considered this motion, and as it otherwise complies with the requirements of Rule 42.1(a)(2), we conclude the motion should be GRANTED in part and DENIED in part.  In accordance with our authority pursuant to Rule 43.2(e), we will vacate the trial court's judgment.  *See* TEX.R.APP.P. 43.2(e).  Having taken such affirmative actions, we must deny the parties' request to dismiss the appeal.  In addition, as specifically requested by the parties in furtherance of their settlement, the corporate surety shall

be released from any further obligation or liability related to the supersedeas bond filed in this case. As the motion indicates, the parties have so agree, each shall bear their own appellate costs. *See* TEX.R.APP.P. 42.1(d). This Court's mandate shall issue without delay.

May 25, 2011

                                        DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.